**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NORMA ALICIA BARRIOS DE ORTIZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-22-CA-944-FB** |
| | ) | |
| **TRANSAMERICA PREMIER LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 11), filed by the parties on October 18, 2022. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with court costs taxed against the party which incurred the same. *Id.* Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties filed their Joint Stipulation of Dismissal With Prejudice (docket no. 11) as a motion to dismiss and request an order from this Court.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 11) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims that have been or could have been asserted by Plaintiff, Norma Alicia Barrios De Ortiz, against Defendant Transamerica Life Insurance Company, in the above styled and numbered cause are DISMISSED WITH PREJUDICE with each party to bear his, her, or its own costs and attorneys' fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of October, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE